AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MILOS TORBICA
    Plaintiff

v.                                                                Civil Action No. 3:22-cv-20

HORIZON BANK
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:    JUDGMENT IS ENTERED in favor of Defendant Horizon Bank and against the Plaintiff Milos Torbica.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty on Motion for Summary Judgment

DATE:  11/2/2023                                    CHANDA J. BERTA, CLERK OF COURT

                                                               by    /s/ S. Kowalsky
                                                                *Signature of Clerk or Deputy Clerk*